IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKHIEL LEINWEBER,

    Petitioner,               No. CIV S-07-1778 WBS EFB P

    vs.

TILTON, et al.,

    Respondents.          ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner challenges a conviction in the Stanislaus County Superior Court. This action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1

1    3. The new case number is _____. All future filings shall

2 bear the new case number and shall be filed at:

3        United States District Court
         Eastern District of California
4        2500 Tulare Street
         Fresno, CA 93721

6 DATED:  September 28, 2007.

                /s/ Edmund F. Brennan
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

2